# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| CYNTHIA HULSEBUS, | Case No.: 23-cv-1964-W-DEB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |
| v. | **[Doc. 13]** |
| CARLOS DEL TORO, Secretary, United States Department of the Navy, | |
| Defendant. | |

The Parties have reached an agreement resolving this case, and now jointly move for dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). (Doc. 13.) Good cause appearing, the Court **GRANTS** the motion and dismisses this case in its entirety, with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED.

Dated: May 13, 2024

_____
Hon. Thomas J. Whelan
United States District Judge